IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TOMMY LEE LANDERS                                                              PLAINTIFF

V.                                          NO. 10-5231

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                             DEFENDANT

**O R D E R**

On this 21st day of September, 2012, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas, on August 20, 2012, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of $$3,725.05, representing 23.15 attorney hours at an hourly rate of $152.00 for work performed in 2010, 2011, and 2012; 2.75 paralegal hours at an hourly rate of $75.00 for work performed in 2010, 2011, and 2012, plus postage expenses of $28.55. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

    /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)